*E-Filed 5/3/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>    Petitioner,<br><br>  v.<br><br>KATHLEEN DICKENSON, Warden,<br><br>    Respondent. | No. C 10-0265 RS (PR)<br><br>**ORDER OF DISMISSAL** |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, by April 30, 2010, or face dismissal of the action. Petitioner has submitted an incomplete application, in that it lacks a certificate of funds <u>signed</u> by an authorized prison officer. Accordingly, the action is dismissed without prejudice as to petitioner filing a complete application, or paying the filing fee.

Petitioner's motion to proceed *in forma pauperis* (Docket No. 7) is DENIED without prejudice to petitioner's filing a certificate of funds signed by an authorized prison officer.

This order terminates Docket No. 7.

**IT IS SO ORDERED**.

DATED: May 3, 2010

RICHARD SEEBORG
United States District Judge

No. C 10-0265 RS (PR)
ORDER